```
 1   JEFFRIES ADVOCATES
     ATTORNEY FOR THE PLAINTIFF
 2      38 CORPORATE PARK, SUITE D
        IRVINE, CA  92714
 3      714-474-2055
     Attorneys for the Plaintiff
 4
             UNITED STATES DISTRICT COURT
 5           CENTRAL DISTRICT OF CALIFORNIA

 6   UNITED STATES OF AMERICA,         COURT NO: 92 A 21108
           Plaintiff,
 7
           v.                          DEFAULT JUDGMENT
 8
     ROBERT NORMAN
 9
           Defendant(s).
10   _____/
```





In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from ROBERT NORMAN the sum of $2,648.23 as principal, $1,193.53 as accrued prejudgment interest, $0 administrative charges, and $72.50 costs, plus $464.00 attorney fees for a total amount of $4,378.26 plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

OCT 1 3 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By 
Deputy Clerk